UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CV-06-3014-FVS |
| vs. | |
| 1103 SOUTH 7TH STREET, YAKIMA, WASHINGTON TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, | Order of Dismissal Without Prejudice |
| Defendant. | |

   Before the Court is the parties' Joint Stipulation for Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Fed. R. Civ. P.

   This Court accepts the stipulation and finds that the case should be dismissed **without prejudice**. The Court further finds that **the parties** have stipulated that each party shall be responsible for its attorneys' fees and costs incurred herein.

   Accordingly, IT IS HEREBY ORDERED:

   1)   That this case is DISMISSED **without prejudice**; and,

   2)   Each party shall be responsible for its attorneys' fees and costs.

   The District Court Executive is hereby directed to enter this order and provide copies to counsel **and close this file**.

   DATED this  19th   day of July, 2007.

                    s/ Fred Van Sickle
                    Fred Van Sickle
                    United States District Court Judge

Order of Dismissal - 1
P70710dm.jmkf.wpd